that a successful party, if a defendant, may tax with its costs such costs as have heretofore accrued to it in the unconsolidated actions, and as so modified the order is affirmed without costs· of this appeal to either party, on the ground that the action against the Springfield Fire and Marine Insurance Company involves a question of *res adjudicata* and proof in respect to this would be prejudicial to the substantial rights of the other insurance companies defendants to have the value of the insured property determined as an original matter, and that the plaintiff asking for consolidation of actions which he could originally have joined in one action should not in the absence of special circumstances be entitled to greater costs than if he had originally brought but one action. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

THE VITAPHONE CORPORATION, Respondent, v. THE MONUMENT THEATRE CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES DeSPIRITO, Relator, v. JAMES E. BOYLE, Mayor of the Village of Solvay, and Others, Respondents.— Action of village board confirmed and order of certiorari dismissed, with fifty dollars costs and disbursements against the relator. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

MELBA R. INGALLS, Appellant, v. MARTIN L. CADIN, Respondent.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

SAMUEL SILVERMAN, Appellant, v. ALBERT H. FRANKEL, Respondent.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

CARL H. RUDIGER, Respondent, v. JOEL PERKINS and Another, Appellants.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

D. HENRY STEFFANS, Appellant, v. GEORGE W. SKINNER and Another, Respondents.— Order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

GEORGE FLATOW, Appellant, v. McCABE & SHEERAN MACHINERY CORPORATION and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

GEORGE FLATOW, Appellant, v. McCABE & SHEERAN MACHINERY CORPORATION and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

GEORGE FLATOW, Appellant, v. McCABE & SHEERAN MACHINERY CORPORATION and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

CAROLINE WILKS, as Administratrix, etc., of JOSEPH WILKS, Deceased, Respondent, v. FEDERAL TELEPHONE AND TELEGRAPH COMPANY, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Sears and Crouch, JJ.

SOPHIA COONS, as Administratrix, etc., of ARTHUR P. COONS, Deceased, Respondent, v. NEW YORK TELEPHONE COMPANY, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Sears and Sawyer, JJ.